IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :          CRIMINAL ACTION
                                  :
          v.                      :
                                  :
ROMAN FITZMARTIN                  :          NO. 09-763-1


ORDER

AND NOW, this 27th day of July, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1)  the motion of defendant Roman Fitzmartin for correction of his sentence (Doc. No. 32) is DENIED; and

(2)  the motion of the government to dismiss the motion of defendant Roman Fitzmartin to correct his sentence (Doc. No. 36) is DENIED as moot.

BY THE COURT:


/s/ Harvey Bartle III
                                        C.J.